```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 14-80694-CIV-ZLOCH
```

AIMEE LEMOINE, as assignee of Mark
Glassman, administrator ad litem of
the estate of Mervle Plant,

       Plaintiff,

                                      **FINAL JUDGMENT**

vs.

GEICO INDEMNITY COMPANY,

       Defendant.
_____/

    THIS MATTER came before the Court for trial by jury. The issues were tried and the jury rendered its verdict on June 14, 2016. See DE 187. The jury unanimously found that Defendant GEICO Indemnity Company did not act in bad faith in its handling of the claim of Aimee Lemoine against its insured, Mervle Plant.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Defendant GEICO Indemnity Company and against Plaintiff Aimee Lemoine. Plaintiff shall take nothing by this action and Defendant shall go hence without day; and

    2. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this    16th    day of June, 2016.

                                                   WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

All Counsel of Record