UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80694-CIV-ZLOCH

AIMEE LEMOINE, et al.,

       Plaintiffs,                             **O R D E R**

vs.

GEICO INDEMNITY COMPANY,

       Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Geico Indemnity Company's Unopposed Motion To Permanently Seal Or Destroy Documents (DE 190). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Geico Indemnity Company's Unopposed Motion To Permanently Seal Or Destroy Documents (DE 190) be and the same is hereby **GRANTED**; and

    2. The Clerk of the Court for the United States District Court for the Southern District of Florida be and the same is hereby **DIRECTED** to file and maintain under seal all docket entries previously sealed in the above-styled cause until further order of the Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2017.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel and Parties of Record